IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEBORAH TIPTON, et al.**                                                                                         **PLAINTIFFS/
                                                                                                                                         COUNTER DEFENDANTS**

**v.**                                        **CASE NO. 5:13CV00002 BSM**

**GEORGE H. DUNKLIN, et al.**                                                                             **DEFENDANTS/
                                                                                                                                          COUNTER PLAINTIFFS**

## JUDGMENT

Consistent with the order filed this day, this case is hereby dismissed without prejudice pursuant to the stipulation and consent by the parties.

IT IS SO ORDERED this 22nd day of September 2014.

_____
UNITED STATES DISTRICT JUDGE