IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEBORAH TIPTON; BLACK-TIPTON LIMITED
PARTNERSHIP, LLLP; DEBORAH DUNKLIN TIPTON
CHARITABLE FOUNDATION, and
  PLAINTIFFS/
DEBORAH DUNKLIN TIPTON GST QSST TRUST  COUNTER-
DEFENDANTS

  Vs.    No. 5:13-cv-00002-BSM

GEORGE H. DUNKLIN, JR.; BLACK-DUNKLIN LIMITED
PARTNERSHIP, LLP; GEORGE H. DUNKLIN, JR.
CHARITABLE FOUNDATION; GEORGE H. DUNKLIN, JR.
GST TRUST; DUNKLIN & DUNKLIN FARMS PARTNERSHIP;
M.E. BLACK DUNKLIN FARMS PARTNERSHIP; M.E.BLACK
FARMS, INC.; HUMPHREY FARM, INC.; and
DEFENDANTS/
BENSON LAKE FARMS, INC.  COUNTER-
PLAINTIFFS

## AMENDED JUDGMENT

Based upon the record before the Court as well as the Stipulation and Consent to Judgment signed by the parties, the Court finds that there shall be dissolution, liquidation, and sale of assets for the following entities created under Arkansas law:

1. Dunklin & Dunklin Farms Partnership,

2. M. E. Black Dunklin Farms Partnership,

3. M. E. Black Farms, Inc.,

4. Humphrey Farm, Inc., and

5. Benson Lake Farms, Inc.

The Court retains jurisdiction to oversee the orderly liquidation of assets of these five (5) entities and the sale of the assets of these entities.

2

It is, therefore, ORDERED that Judgment is granted and entered for dissolution, liquidation, and sale of assets as set forth above.

                                  */s/ Brian S. Miller*
                              UNITED STATES DISTRICT JUDGE

                              __September 24, 2014_____
                                       DATE

BARBER, McCASKILL, JONES & HALE, P.A.
2700 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201
rhenry@barberlawfirm.com
(501) 372-6175 / Fax: (501) 375-2802

By: */s/ Robert L. Henry, III*
     Robert L. ("Skip") Henry, III
     J. Cotten Cunningham
     Perry L. Wilson

**ATTORNEYS FOR THE DUNKLIN PARTIES**

MITCHELL, WILLIAMS, SELIG, GATES &
   WOODYARD, PLLC
425 W. Capitol Ave., Suite 1800
Little Rock, AR 72201
jbaker@mwlaw.com
(501) 688-8800 / Fax: (501) 688-8807

By  */s/ John Keeling Baker*
      John Keeling Baker
      Benjamin David Brenner
      Alex T. Gray

**ATTORNEYS FOR THE FIVE JOINT ENTITY DEFENDANTS**

YETTER COLEMAN LLP
909 Fannin Street, Suite 3600
Houston, TX 77010
ccox@yettercoleman.com
(713) 632-8000 / Fax: (713) 632-8002

By: */s/ Collin J. Cox*
       Collin J. Cox

ALLEN LAW FIRM, P.C.
212 Center Street, Ninth Floor
Little Rock, AR  72201
hwallen@allenlawfirmpc.com
(501) 374-7100 / Fax: (501) 374-1611

By: */s/ H. William Allen*
       H. William Allen

**ATTORNEYS FOR PLAINTIFFS/COUNTER-DEFENDANTS**

*/s/ David E. Caywood*
David E. Caywood
5100 Poplar Ave., Suite 2518
Clark Tower Building
Memphis, TN 38137-3106
(901) 526-0206

**ATTORNEYS FOR PLAINTIFFS/COUNTER-DEFENDANTS**